# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Lisa M. Coleman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-0827-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **O R D E R**

On August 19, 2014, the Court heard oral argument on the *Plaintiff's Brief,* filed February 6, 2014, [Doc.10] and the *Brief For Defendant*, filed May 20, 2014, [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g) **FOR THE AWARD OF BENEFITS** consistent with the decision of the Court as set forth at the conclusion of the oral argument on August 19, 2014. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

             */s/ John T. Maughmer*
             **JOHN T. MAUGHMER**
             **U. S. MAGISTRATE JUDGE**