IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Lisa Coleman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-0827-CV-SJ-JTM |
| ) | |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed September 3, 2014, [Doc. 20] requesting an award of $8,165.22 which she indicates represents 44.3 hours of attorney time at $184.33 per hour. However, the time entry logs accompanying her motion total only 42.55 hours. Finding the 42.55 hours and the requested rate to be reasonable in this case as otherwise reflected in plaintiff's filings, the Court adjusts the requested award to $7,843.25. Accordingly, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed September 3, 2014, [Doc. 20] is **GRANTED** with the adjustment reflected above. Plaintiff is awarded EAJA fees in the amount of $7,843.25.

                                                     */s/ John T. Maughmer*
                                                            **John T. Maughmer
                                                United States Magistrate Judge**